BARTOLA COLLAZO, DOLORES, EUFEMIA Y MARCOLINA HERRERA, demandantes y apelante la primera, *v.* EUDOSIA MOURIÑO ALVARADO y el menor PEDRO JUAN HERRERA Y MOURIÑO, demandados y apelados.

No. 6769.—*Resuelto:* Diciembre 13, 1934.

*Ramón G. Goyco,* abogado de la apelante; *L. Tormes García,* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Hemos desestimado esta apelación porque no siendo necesaria la transcripción de la prueba para resolver el recurso debió presentarse la transcripción de autos de la apelación dentro de los treinta días siguientes a haber sido interpuesta la apelación, y no se hizo así. Ahora se nos pide que reconsideremos esa resolución.

La transcripción taquigráfica que forma parte de estos

autos contiene, además de las pruebas practicadas en el juicio, ciertas actuaciones habidas al principio de él, en las que las partes hicieron oralmente enmiendas a sus alegaciones, que fueron admitidas por la corte, entre ellas una fijando cierta fecha importante para la cuestión que decidió la corte inferior, cuyas enmiendas no aparecen en las copias de la demanda y de la contestación. Por esto y por ser la transcripción taquigráfica un solo documento nos parece que en este caso esa transcripción era necesaria para ese particular, por lo que el término para radicar en este tribunal los autos de la apelación debió contarse desde la aprobación de la transcripción taquigráfica por la corte inferior. Y aunque la transcripción de los autos fué presentada en este tribunal después de radicada la moción para desestimar y antes de la vista de tal moción, siguiendo lo resuelto en el caso de *Marchán* v. *Sucn. Eguen Otazabal*, 42 D.P.R. 103, dejaremos sin efecto nuestra anterior resolución y señalaremos nuevo día para oír la moción de desestimación.